UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:13-cr-505-T-26EAJ

NORMAN V. CHARLTON

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2) for $14,952.00 in U.S. currency.

Being fully advised in the premises, the Court finds that on May 29, 2014, the Court entered a $325,886.00 Forfeiture Money Judgment and a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of the defendant in the $14,952.00 in U.S. currency pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).   Doc. 30.

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the asset on the official government website, www.forfeiture.gov, from May 31, 2014 through June 29, 2014.   Doc. 45. The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the

first date of publication.  On June 17, 2014, the United States sent notice of this forfeiture action and instructions on filing a claim to the asset, via certified United States mail and first class mail, to Priscilla Patterson, the only person believed to have any potential interest in the asset.  No third party has filed a petition or claimed an interest in the asset, and the time for filing a petition has expired.

The Court further finds that no person or entity, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, and Priscilla Patterson are known to have an interest in the asset.  No other third party has filed a petition or claimed an interest in the asset, and the time for filing a petition has expired.  Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the asset are FORFEITED to the United States.

    Clear title to the asset is vested in the United States of America, which may warrant good title to any subsequent purchaser or transferee.

    DONE and ORDERED in Tampa, Florida, this 28th day of August, 2014.

                 s/Richard A. Lazzara
                 RICHARD A. LAZZARA
                 UNITED STATES DISTRICT JUDGE

Copies to:
James A. Muench, AUSA
Counsel of Record